UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA
                              :
          - v. -
                              :          Indictment
OSCAR LEMUS,
                              :          07 Cr.
               Defendant.
                              :

- - - - - - - - - - - - - - - x

**ORIGINAL**



07 CRIM.  732

COUNT ONE

The Grand Jury charges:

1.  On or about February 11, 2007, in the Southern

District of New York and elsewhere, OSCAR LEMUS, the defendant,

unlawfully, wilfully, and knowingly transferred an identification

document, authentication feature, and false identification

document, knowing that such document and feature was stolen and

produced without lawful authority, to wit, LEMUS transferred two

identification documents that falsely appeared to be, but were

not, issued by or under the authority of the United States.

(Title 18, United States Code, Section 1028(a)(2).)

COUNT TWO

The Grand Jury further charges:

2.  On or about March 3, 2007, in the Southern District

of New York and elsewhere, OSCAR LEMUS, the defendant,

unlawfully, wilfully, and knowingly transferred an identification

document, authentication feature, and false identification

document, knowing that such document and feature was stolen and

produced without lawful authority, to wit, LEMUS transferred ten

identification documents that falsely appeared to be, but were

not, issued by or under the authority of the United States.

(Title 18, United States Code, Section 1028(a)(2).)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

- 2 -