

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---



*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 31, 2007

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Courthouse
300 Quarropas St.
White Plains, New York 10601

**MEMO ENDORSED**

Re:   **United States v. Oscar Lemus, 07 Cr. 732 (SCR)**

Dear Judge Robinson:

    On September 5, 2007, the Court set a motion schedule in the above case. The defendant's motion was to be filed no later than October 12, 2007, and the Government's response was to be filed no later than November 2, 2007. The defendant has since filed his motion, and the Government respectfully requests that the Court grant a one-week extension of time, from November 2 to November 9, for the Government to file its response. I have spoken with counsel for the defendant, who advised me that he consents to this application provided that the defendant also receives a one-week extension, from November 14 to November 21, to file his reply.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Christopher Riley, Esq. (By facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

APPLICATION GRANTED

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION