U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 8, 2007

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Courthouse
300 Quarropas St.
White Plains, New York 10601

      Re:    **United States v. Oscar Lemus, 07 Cr. 732 (SCR)**

Dear Judge Robinson:

      The Government's response to the defendant's pretrial motions in the above case is due to be filed tomorrow. However, as the Government has advised defense counsel, it intends to seek a Superseding Indictment of Lemus. Accordingly, the Government respectfully requests an extension of time, from November 9 to November 23, for the Government to file its response. I have spoken with counsel for the defendant, who advised me that he consents to this application provided that the defendant receives a corresponding extension, from November 21 to December 5, to file his reply.

      Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Richard Tarlowe
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Christopher Riley, Esq. (By facsimile)

**APPLICATION GRANTED**

/s/ Stephen C. Robinson

HON. STEPHEN C. ROBINSION