UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                    :

UNITED STATES OF AMERICA
                                    :

      - v. -                      Indictment
                                    :

OSCAR LEMUS,                  S1 07 Cr. 732 (SCR)
                                    :

           Defendant.
                                    :
- - - - - - - - - - - - - - - - x

                              COUNT ONE

        The Grand Jury charges:

        1.   From in or about August 2006 through in or about March 2007, in the Southern District of New York and elsewhere, OSCAR LEMUS, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to violate Section 1028(a)(3) of Title 18, United States Code.

        2.   It was a part and an object of the conspiracy that OSCAR LEMUS, the defendant, and others known and unknown, unlawfully, willfully and knowingly possessed with the intent to use unlawfully and transfer unlawfully five and more identification documents, authentication features, and false identification documents.

        3.   In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about February 11, 2007, LEMUS traveled from Orangeburg, New York to Queens, New York.

    b. On or about March 3, 2007, LEMUS traveled from Spring Valley, New York to Queens, New York.

    (Title 18, United States Code, Section 1028(f).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney