EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA
                                :
        - v. -                      **Indictment**
                                :
OSCAR LEMUS,                        S1 07 Cr. 732 (SCR)
                                :
            Defendant.
                                :
- - - - - - - - - - - - - - - x

U.S. DISTRICT COURT
FILED
NOV 19 2007
S.D. OF N.Y.
W.P

## COUNT ONE

The Grand Jury charges:

1.    From in or about August 2006 through in or about March 2007, in the Southern District of New York and elsewhere, OSCAR LEMUS, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to violate Section 1028(a)(3) of Title 18, United States Code.

2.    It was a part and an object of the conspiracy that OSCAR LEMUS, the defendant, and others known and unknown, unlawfully, willfully and knowingly possessed with the intent to use unlawfully and transfer unlawfully five and more identification documents, authentication features, and false identification documents.

3.    In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about February 11, 2007, LEMUS traveled from Orangeburg, New York to Queens, New York.

b.  On or about March 3, 2007, LEMUS traveled from Spring Valley, New York to Queens, New York.

(Title 18, United States Code, Section 1028(f).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

EXHIBIT H

REQUESTED BY:  LAIRD, KEVIN
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE ██ |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE    1 |
| | CASE NUMBER ████████ |

TITLE: ████████████████████

CASE STATUS:    DISP PENDNG

| REPORT DATE 071807 | DATE ASSIGNED | PROGRAM CODE ████ | REPORT NO. ████ |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: ARREST AND ARRAIGNMENT OF OSCAR LEMUS ON 06122007:   CASE PENDING

SYNOPSIS:

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

| DISTRIBUTION: RACLL SACNY | SIGNATURE: LAIRD       KEVIN        SPECIAL AGENT |
|---|---|
| | APPROVED: MOONEY      JAMES        RAC-RESIDENT AGENT IN |
| | ORIGIN OFFICE: LL CASTLE POINT, NY - R | TELEPHONE: ████████ |
| | TYPIST: LAIRD |

O F F I C I A L   U S E   O N L Y

IIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
' THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
SCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   2 |
|---|---|
| | CASE NUMBER |
| | REPORT NUMBER: |

DETAILS OF INVESTIGATION:



At approximately 1100 hours, SUBJECT Oscar LEMUS was contacted via his cell phone in order to arrange a meeting. SUBJECT Oscar LEMUS was advised that ICE had a few questions regarding his immigration status and would like to interview him. SUBJECT Oscar LEMUS was reluctant to leave work and meet with ICE. According to SUBJECT Oscar LEMUS, he did not trust the phone call. SUBJECT Oscar LEMUS gave the address where he was working. At this time, members of the operation responded to Stony Point, New York and located SUBJECT Oscar LEMUS. ICE Special Agent Laird and Sgt. McWilliams approached SUBJECT Oscar LEMUS and identified our selves. At this time, SUBJECT Oscar LEMUS was asked if he would voluntarily come to the Stony Point Police Department and answer a few questions. SUBJECT Oscar LEMUS agreed and was transported to the Stony Point Police Department.

At approximately 1200 hours, SUBJECT Oscar LEMUS was interviewed regarding his alienage and deportabilty. SUBJECT Oscar LEMUS verified that he was a native and citizen of El Salvador and had been granted Temporary Protective Status (TPS) and employment authorization. At this point, SUBJECT Oscar LEMUS was advised that there were other questions that needed to be asked. SUBJECT Oscar LEMUS stated that he would be willing to answer questions but would feel more comfortable if he could have a Spanish language interpreter. Arrangements were made with the Stony Point Police Department and a native Spanish speaking Officer responded. At this time, SUBJECT Oscar LEMUS was read his Miranda warnings. SUBJECT Oscar LEMUS again agreed to answer our questions as best he could.

At this point, SUBJECT Oscar LEMUS was advised that in order to verify that he was willing to tell the truth, he would be asked several questions. SUBJECT Oscar LEMUS was advised that the answers were already known and any lies would

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O ɴ L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    3 |
| | CASE NUMBER ███████████ |
| | REPORT NUMBER: ███████ |

reflect negatively on his credibility. SUBJECT Oscar LEMUS acknowledged affirmatively and stated that he had no reason to lie. SUBJECT Oscar LEMUS was asked a series of questions related to his employment, past and present, and about his friendships and acquaintances related to the bars in Spring Valley. SUBJECT Oscar LEMUS answered several questions truthfully. However, when asked more specific questions about criminal activity related to the bars, SUBJECT Oscar LEMUS became evasive and reluctant to provide specific information.

SUBJECT Oscar LEMUS was advised that there was evidence that he had been providing fraudulent documents to illegal aliens. SUBJECT Oscar LEMUS was asked if that was true. SUBJECT Oscar LEMUS stated that yes he had helped family members obtain fraudulent documents. SUBJECT Oscar LEMUS was advised that there was evidence that he had been providing fraudulent documents to people other than relatives. SUBJECT Oscar LEMUS stated that yes he had provided fraudulent documents to people other than relatives. SUBJECT Oscar LEMUS was asked how many people he had provided documents to in the last few months. SUBJECT Oscar LEMUS stated that he had provided fraudulent documents to around fourteen people.

SUBJECT Oscar LEMUS was again asked about specific activities related to the bars in Spring Valley. The questions were related to a Police Officer suspected of being involved with the ARIAS brothers and providing them with information related to police activities targeting the bars. SUBJECT Oscar LEMUS stated that there were Police Officers providing information to Fredy ARIAS. According to SUBJECT Oscar LEMUS, Fredy ARIAS, has on several occasions, instructed bar employees to "clean up" and advise patrons to avoid criminal activity because the police were going to be conducting a bar check. SUBJECT Oscar LEMUS stated that on at least one occasion, Fredy specifically mentioned this Police Officers name as being the one who had called with the information about the bar check. According to SUBJECT Oscar LEMUS, he recalled one instance where Fredy ARIAS had made comments about giving this Police Officer money prior to his wedding and that it was unprofessional for that Police Officer to not repay the money.

As the interview continued, questions about Jorge ARIAS and his criminal activity began. SUBJECT Oscar LEMUS again became evasive and reluctant to be specific with answers to the questions. SUBJECT Oscar LEMUS began to state that he had told us everything he knew and could not provide any more information.

SUBJECT Oscar LEMUS was asked if he thought he would be able to provide more information after being able to think about it over night. SUBJECT Oscar LEMUS again stated that he had told everything he knew.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    4 |
|---|---|
| | CASE NUMBER ██████████ |
| | REPORT NUMBER: ██████ |

At approximately 1500 hours, SUBJECT Oscar LEMUS was placed under arrest for violations 18 USC 1028; fraud and related activity in connection with identification documents.  SUBJECT Oscar LEMUS was transported to the Spring Valley Police Department for processing and safekeeping until the following morning.

On June 13, 2007, at approximately 0800 hours, SUBJECT Oscar LEMUS was picked up by Special Agent Laird and Officer Noble and transported to the United States District Court, Southern District of New York, White Plains, New York for arraignment on violations of 18 USC 1028; fraud and related activity in connection with identification documents.  Upon arraignment, the U.S. Magistrate Judge granted SUBJECT Oscar LEMUS bail and released SUBJECT Oscar LEMUS on a personal recognizance bond.



O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

EXHIBIT I

6/12/07

LEMUS, Oscar
Cell phone

| | |
|---|---|
| Amado | 347 739 9512 |
| Amalia | 617 294 0242 |
| Amilcar | 845 893 4121 |
| Anaa | 845 248 0374 |
| Angel | 597-7214 |
| Balance # | |
| Barriento | 845 596 - ■5753 |
| Brian | 893 1520 |
| Cabezon | 653 1425 |
| Canche | 480 4099 |
| Carlon | 461 1114 |
| Carlos | 270 8313 |
| Catrin | 659 5820 |
| Cesar | 201 247 0380 |
| Chele | 480 0080 |
| Chico | 548 8422 |
| Chinel | 721 1974 |
| Corazon | 646 463 2721 |
| Cruz | 494 4668 |
| Cuenta | 026 00096 271 |
| Cunado | 678 481 2065 |
| Dentista | 598-0388 |
| Diler | 401 831 7207 |
| Edma | 718 472 3791 |
| Eli | 222 -2628 |
| Elis | 917 292 5420 |
| Elvis | 201 697 5847 |
| Emerson | 290 2554 |
| Enano | 664 5345 |
| Evelio | 300 3257 |
| Frankli | 201 481 4493 |
| Freli | 656 4699 |

| Name | Number |
|------|--------|
| Gabriel | 893 7090 |
| Ganso | 494 3373 |
| Gordita | 201 232 1977 |
| Guardar | 706 224 6895 |
| Guera | 646 406 6951 |
| Guillermo | 893 3294 |
| Henri | 344 7433 |
| Herlindo | 359 0483 |
| Israel | 893 - 5720 |
| Jesica | 646 491 5362 |
| Jose | 398 - 0967 |
| Josep | 222 3008 |
| Juan | 352 205 0174 |
| Kain | 461 - 3081 |
| Lionel | 893 1914 |
| Luis | 821 5029 |
| Luisin | 821 6278 |
| Luisito | 405 1289 |
| Mama | 364 3883 |
| Manuel | 671 0846 |
| Mari | 480 0709 |
| Maria | 917 476 7531 |
| Mariana | 617 913 3947 |
| Mario | 430 8514 |
| Marisol | 790 4419 |
| Matagato | 674 5305 |
| Mecanico | 667 0908 |
| Meme | 653 1589 |
| Milagromurillo | 917 375 1108 |
| Milvia | 406 5461 |
| Minchito | 713 875 8216 |
| Monico | 721 7166 |
| Mujeres | 659 4990 |

1243

Necta          558 8566
Negro          653 6660
Nelson         (617) 206 8585
Odalis         832 633 7735
Osvaldo        641 6354
Oto            (617) 913 3944
Pachi          269 7265
Padre Tomas    821 5431
Preciosa       646 648 8206
Ramiro         282 1736
Reina          653 6142
Rigo           201 522 744
Roberto        202 544 6337
Ruben          358 0738
Santiago       222 2614
Saul           406 8554
Tuna           *617-371-1067
Vasques        914 906 7954
Veto           494-1567
Vicente        405 1371
Wendi          646 938 1323
Wilian         826 1134