ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :    **Superseding**
           - v. -                 :    **Misdemeanor Information**
                                  :
OSCAR LEMUS,                      :    S2 07 Cr. 732 (SCR)(LMS)
                                  :
           Defendant.              :
                                  :    FEB 13 200
- - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1. On or about March 3, 2007, in the Southern District of New York and elsewhere, OSCAR LEMUS, the defendant, unlawfully, wilfully and knowingly possessed an identification document and authentication feature that was and appeared to be an identification document and authentication feature of the United States which was stolen and produced without lawful authority knowing that such document and feature was stolen and produced without such authority, to wit, LEMUS possessed a social security card that falsely appeared to have been issued by or under the authority of the United States.

(Title 18, United States Code, Section 1028(a)(6).)

_____
MICHAEL J. GARCIA
United States Attorney