

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 20, 2008

**By Hand**

The Honorable Stephen C. Robinson
The United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

RECEIVED MAY 20 2008 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.

    Re:    <u>United States v. Oscar Lemus</u>, S2 07 CR 732 (SCR) (LMS)

Dear Judge Robinson:

    On February 13, 2008, Mr. Lemus pleaded guilty to a one-count Misdemeanor Information charging him with knowingly possessing an identification document of the United States that was produced without lawful authority, in violation of Title 18, United States Code, Section 1029(a)(6). On May 15, 2008, Mr. Lemus was sentenced by United States Magistrate Judge Lisa Margaret Smith. Accordingly, the Government respectfully requests that the Court dismiss all of the open counts against Mr. Lemus in this matter.

    Thank you for your consideration of this matter.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney

SO ORDERED
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
5/20/08

By:    Sarah R. Krissoff
Sarah R. Krissoff
Assistant United States Attorney
Tel: (914) 993-1928

cc:    United States Magistrate Judge Lisa Margaret Smith (By Hand)
        Christopher Riley, Esq. (By Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____